```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERRI COHEN,

                                Plaintiff,

           -against-

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION LLC,

                                Defendants.
-----------------------------------------------------------------X

**ORDER**

1:18-CV-6210 (JSR) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court directs that the parties refrain from any further filings in this matter unless directed by the Court. The motions before the Court at ECF Nos. 204 and 209 are fully briefed and do not require additional filings.

      **SO ORDERED.**

Dated: January 19, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1