```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERRI COHEN,

                                 Plaintiff,

                  -against-

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION LLC,

                                 Defendants.
-----------------------------------------------------------------X

**ORDER**

1:18-CV-6210 (JSR) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    To the extent the pending motions have been referred to Magistrate Judge Parker, the parties are advised that they have the option of consenting to the jurisdiction of Magistrate Judge Parker for all purposes. To do so, they parties may complete the form located at: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. If both parties consent, they should complete counterparts of the form and return it to the Honorable Jed S. Judge Rakoff, the assigned District Judge, for approval, with a copy to my chambers. This Order is not meant to interfere in any way with the parties' absolute right to have their claims heard and decided upon by a United States District Judge, but is merely an attempt at preserving scarce judicial resources, promoting judicial economy, and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

    **SO ORDERED.**

Dated: February 2, 2021
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge