```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

----------------------------------------------------------------

SHERRI COHEN,

       Plaintiff,

  -against-

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,

       Defendants.

18-cv-6210 (JSR) (KHP)

ORDER

----------------------------------------------------------------

JED S. RAKOFF, U.S.D.J.

    On February 24, 2021, the Honorable Katherine Parker, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the denial of both parties' cross-motions for sanctions and attorney fees.

    Neither party has filed any objection to the Report and Recommendation, and, for that reason alone, any right to review by this Court has been waived. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, denies both parties' motions for sanctions and attorney fees.

The Clerk of the Court is directed to close document numbers 204, 209 and 230 on the docket of this case.

SO ORDERED.

Dated:   New York, NY
        September 24, 2021

JED S. RAKOFF, U.S.D.J.